**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Western District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagle Transportation LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**61-1223955** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**625 Raven Rd**<br>**Bowling Green, KY**<br>ZIP Code **42101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Warren** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Eagle Transportation LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Eagle Transportation LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**October 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Amado Rivas**
Signature of Authorized Individual

**Amado Rivas**
Printed Name of Authorized Individual

**General Manager**
Title of Authorized Individual

**October 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING
# OF
# EAGLE TRANSPORTATION, LLC

A special meeting of the members of Eagle Transportation, LLC, was held on the 25th day of October, 2010 in the offices of the company. Present was Amado Rivas, as General Manager of the Company's sole member, Eagle Industries, LLC.

The General Manager of Eagle Industries, LLC that the company was unable to pay its debts as they accrued. Upon motion duly made, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that Amado Rivas, General Manager of Eagle Industries, LLC is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the company retain David M. Cantor and the firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

/s/ Amado Rivas
AMADO RIVAS

G:\doc\DMC\EAGLE INDUSTRIES\CorpResTransportation.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re **Eagle Transportation LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dean Oil Co Inc<br>1st Ave East<br>Springfield, TN 37172 | Dean Oil Co Inc<br>1st Ave East<br>Springfield, TN 37172 | | | 79,775.88 |
| Hollingsworth Oil Co<br>POB 29<br>Springfield, TN 37172 | Hollingsworth Oil Co<br>POB 29<br>Springfield, TN 37172 | | | 39,749.49 |
| Nacarato Volvo & GMC Trucks Inc<br>1111 Polk Ave<br>Nashville, TN 37202 | Nacarato Volvo & GMC Trucks Inc<br>1111 Polk Ave<br>Nashville, TN 37202 | | | 6,370.94 |
| NAPA Auto Parts<br>POB 3545<br>Bowling Green, KY 42102-3545 | NAPA Auto Parts<br>POB 3545<br>Bowling Green, KY 42102-3545 | | | 3,665.33 |
| Kentucky Dept of Revenue<br>Legal Support Branch Sta 42<br>501 High Street<br>Frankfort, KY 40601-2103 | Kentucky Dept of Revenue<br>Legal Support Branch Sta 42<br>501 High Street<br>Frankfort, KY 40601-2103 | | | 3,469.03 |
| Dunlap & Kyle Tire Co Inc<br>931 Industrial Dr<br>Old Hickory, TN 37138 | Dunlap & Kyle Tire Co Inc<br>931 Industrial Dr<br>Old Hickory, TN 37138 | | | 3,357.56 |
| Tire Centers LLC<br>POB 829<br>Antioch, TN 37011-0829 | Tire Centers LLC<br>POB 829<br>Antioch, TN 37011-0829 | | | 3,131.57 |
| Tri-State International of BG Inc<br>191 Parker Ave<br>Bowling Green, KY 42101 | Tri-State International of BG Inc<br>191 Parker Ave<br>Bowling Green, KY 42101 | | | 2,302.70 |
| Truckpro/AWR Bowling Green<br>POB 905044<br>Charlotte, NC 28290-5044 | Truckpro/AWR Bowling Green<br>POB 905044<br>Charlotte, NC 28290-5044 | | | 2,118.54 |
| American Tire Co<br>150 W Broadway<br>Gallatin, TN 37066 | American Tire Co<br>150 W Broadway<br>Gallatin, TN 37066 | | | 2,118.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Eagle Transportation LLC**
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Service Supply Lubricants LLC<br>200 Kriby Dr<br>Portland, TN 37148 | Service Supply Lubricants LLC<br>200 Kriby Dr<br>Portland, TN 37148 | | | 2,112.23 |
| Aramark Services Inc<br>POB 1659<br>Bowling Green, KY 42102-1659 | Aramark Services Inc<br>POB 1659<br>Bowling Green, KY 42102-1659 | | | 1,769.82 |
| Kansas Dept of Rev<br>915 SW Harrison<br>Topeka, KS 66612 | Kansas Dept of Rev<br>915 SW Harrison<br>Topeka, KS 66612 | | | 1,173.00 |
| Troy Trailer Tech LLC<br>172 Goff Rd<br>Edmonton, KY 42129 | Troy Trailer Tech LLC<br>172 Goff Rd<br>Edmonton, KY 42129 | | | 1,036.60 |
| American Prowash LLC<br>POB 1133<br>Goodlettsville, TN 37070 | American Prowash LLC<br>POB 1133<br>Goodlettsville, TN 37070 | | | 674.00 |
| Whayne Supply Co<br>POB 951439<br>Cleveland, OH 44193-0016 | Whayne Supply Co<br>POB 951439<br>Cleveland, OH 44193-0016 | | | 542.75 |
| Logscan/Scanware Inc<br>POB 500<br>Spring City, PA 19475 | Logscan/Scanware Inc<br>POB 500<br>Spring City, PA 19475 | | | 450.00 |
| Bowling Green Municipal Utilities<br>POB 10300<br>Bowling Green, KY 42102-7300 | Bowling Green Municipal Utilities<br>POB 10300<br>Bowling Green, KY 42102-7300 | | | 440.21 |
| Bowling Green Muffler<br>319 Lowe Rd<br>Bowling Green, KY 42101 | Bowling Green Muffler<br>319 Lowe Rd<br>Bowling Green, KY 42101 | | | 327.20 |
| Lawson Products Inc<br>POB 809401<br>Chicago, IL 60680-9401 | Lawson Products Inc<br>POB 809401<br>Chicago, IL 60680-9401 | | | 222.93 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 27, 2010**         Signature **/s/ Amado Rivas**
                                              **Amado Rivas**
                                              **General Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                   Best Case Bankruptcy

American Prowash LLC
POB 1133
Goodlettsville TN 37070

American Tire Co
150 W Broadway
Gallatin TN 37066

Aramark Services Inc
POB 1659
Bowling Green KY 42102-1659

Bowling Green Muffler
319  Lowe Rd
Bowling Green KY 42101

Bowling Green Municipal Utilities
POB 10300
Bowling Green KY 42102-7300

Commission of Taxation & Finance
POB 15166
Albany NY 12212-5166

Dean Oil Co Inc
1st Ave East
Springfield TN 37172

Dunlap & Kyle Tire Co Inc
931 Industrial Dr
Old Hickory TN 37138

First Call
POB 790098
Saint Louis MO 63179-0098

Fleetpride
Southern Region
Atlanta GA 30384-1811

GE Capital Corp
POB 640387
Pittsburgh PA 15264-0387

Hollingsworth Oil Co
POB 29
Springfield TN 37172

Independence Bank
POB 988
Owensboro KY 42302

Kansas Dept of Rev
915 SW Harrison
Topeka KS 66612

Kentucky Dept of Revenue
Legal Support Branch Sta 42
501 High Street
Frankfort KY 40601-2103

Kentucky Tire Exchange Inc
POB 616
Bowling Green KY 42102-0616

Lawson Products Inc
POB 809401
Chicago IL 60680-9401

Logscan/Scanware Inc
POB 500
Spring City PA 19475

Mercedes Benz Finance
POB 9001680
Louisville KY 40290-1680

Mountain Glacier LLC
708 Oak Hill Rd
Evansville IN 47711

Nacarato Volvo & GMC Trucks Inc
1111 Polk Ave
Nashville TN 37202

NAPA Auto Parts
POB 3545
Bowling Green KY 42102-3545

Occupational Health Professionals
POB 51328
Bowling Green KY 42102-5628

Premier Auto Color
4381 Russellville Rd
Bowling Green KY 42101

Prepass
POB 981334
El Paso TX 79998-1334

Service Supply Lubricants LLC
200 Kriby Dr
Portland TN 37148

Tire Centers LLC
POB 829
Antioch TN 37011-0829

Toyota Financial Svcs
POB 4102
Carol Stream IL 60197-4102

Tri-State International of BG Inc
191 Parker Ave
Bowling Green KY 42101

Troy Trailer Tech LLC
172 Goff Rd
Edmonton KY 42129

Truckpro/AWR Bowling Green
POB 905044
Charlotte NC 28290-5044

Volvo Commercial Finance
POB 7247-0236
Montchanin DE 19710-0236

Warren County Clerk
POB 478
Bowling Green KY 42102

Warren County Sheriff
POB 807
Bowling Green KY 42102-0807

Westside Heavy Hauling
2029 Lancaster Ave
Owensboro KY 42301

Whayne Supply Co
POB 951439
Cleveland OH 44193-0016