# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Eagle Transportation LLC

Case No.:10−11637

Chapter: 11

Debtor(s)

Judge: Joan A. Lloyd

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

AMENDED Notice as to the date of the Telephonic Expedited Hearing on the Agreed Motion to Use Cash Collateral. Filed by Debtor Eagle Transportation LLC [7], Agreed Motion for Authority to Obtain Senior Secured Superiority Post−Petition Financing. Filed by Debtor Eagle Transportation LLC [8],and the Motion for Debtor to Pay Employees Wages, Salaries, Commissions, W/H Taxes, Designated Payments and Employee Benefits. Filed by Debtor Eagle Transportation LLC [9]. Telephonic Expedited Hearing scheduled for 10/28/2010 at 03:00 PM (Eastern Time). cc: Counsel for the Debtor shall notice parties of the expedited hearing and provide the Court with a list of names and phone numbers of the parties to be included in the expedited hearing. (Rupe, B)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 10/28/10

By: bc  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court